UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JINPAN INTERNATIONAL (USA), LIMITED | Civil Action No. 11-02834 (SDW) |
| Plaintiff, | |
| v. | **ORDER** |
| C.W.D. INC., CAUSEWAY WAREHOUSE & DISTRIBUTION, INC., JOHN DOES 1-10; JANE DOES 1-10; ABC CORPORATIONS 1-3 | November 3, 2011 |
| Defendants. | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed September 27, 2011, regarding Plaintiff's motion to remand the instant action for fees and costs pursuant to 28 U.S.C. § 1447 (Dkt. No. 4). No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 3rd day of November, 2011,

**ORDERED** that the R&R of Magistrate Judge Arleo as set forth on the record on September 27, 2011, is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiffs' motion to remand is **GRANTED.**

**SO ORDERED.**

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc: Clerk
     Magistrate Judge Madeline C. Arleo